**BAMBERGER v. BERNHOLZ**

[326 N.C. 589 (1990)]

WILLIAM L. BAMBERGER, JR. v. ROGER B. BERNHOLZ AND COLEMAN, BERNHOLZ, DICKERSON, BERNHOLZ, GLEDHILL, AND HARGRAVE, A NORTH CAROLINA GENERAL PARTNERSHIP

No. 1A90

(Filed 10 May 1990)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 96 N.C. App. 555, 386 S.E.2d 450 (1989), reversing summary judgment for defendants entered 19 August 1988 by *Farmer, J.*, in the Superior Court, ORANGE County. Heard in the Supreme Court 11 April 1990.

*Elliot & Pishko, P.A., by David C. Pishko, for plaintiff-appellee.*

*Young, Moore, Henderson & Alvis, P.A., by M. Lee Cheney and Jerry S. Alvis, for defendant-appellants.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in Judge Lewis' dissenting opinion.

Reversed.